UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **James Rutherford**; and **The Association for Equal Access**, <br><br> Plaintiffs, <br><br> v. <br><br> **Brandy's of Chicago, Inc. d/b/a Brandy's Gyros**; and **Savvas Stolidakis**, individually, <br><br> Defendants. | Case No. 1:16-cv-05880 |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs James Rutherford and the Association for Equal Access, through their attorneys (Jackson LLP), and Defendants Brandy's of Chicago, Inc. d/b/a Brandy's Gyros and Savvas Stolidakis, through their attorneys (Michael Lee Tinaglia Ltd.), file this joint notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Because the parties have fully settled this matter, the parties agree to dismissal *with prejudice*.

2. Each party to bear their own fees, costs, and expenses associated with this lawsuit.

3.  All of the parties that have appeared have signed this notice.

| AGREED: | AGREED: |
|---|---|
| JACKSON LLP | MICHAEL LEE TINAGLIA LTD |
| *[s] Connor D. Jackson* | *[s] J. Molly Wretzky* |
| Connor D. Jackson | J. Molly Wretzky, Esq. |
| Illinois ARDC No. 6317419 | Illinois ARDC No. 6287713 |
| 900 Chicago Ave., Ste. 104 | 444 N. Northwest Hwy., Ste. 350 |
| Evanston, IL 60202 | Park Ridge, Il 60068 |
| (847) 440-5028 | (847) 692-0421 |
| connor@jackson-legal.com | mltinaglia@tinaglialaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| October 12, 2016 | October 12, 2016 |
| Date | Date |

## CERTIFICATE OF SERVICE

I, Connor D. Jackson, Jackson LLP, do hereby certify that I provided service of this notice on October 12, 2016, to Defendants Brandy's of Chicago, Inc. d/b/a Brany's Gyros and Savvas Stolidakis by electronic service to their counsel of record at the time of filing.

Signed,

*[s] Connor D. Jackson*
Connor D. Jackson
Attorney for Plaintiff