## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

James Rutherford, et al.
                    Plaintiff,

v.                                            Case No.: 1:16–cv–05880
                                              Honorable Rebecca R. Pallmeyer

Savvas Stolidakis, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2016:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Joint Stipulation, the above cause is dismissed with prejudice. Each party to bear their own fees, costs, and expenses associated with this lawsuit. Rule 16 conference set for 10/26/2016 is stricken. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.